**Order entered October 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01752-CV

**STUTZ ROAD LIMITED PARTNERSHIP, ET AL., Appellants**

**V.**

**WEEKLEY HOMES, L.P. D/B/A DAVID WEEKLEY HOMES, ET AL., Appellees**

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-10-01696-B

## ORDER

We **GRANT** the September 29, 2014 unopposed motion of appellants Stutz Road Limited Partnership and William D. White, III for an extension of time to file a reply brief and extend the time to **October 27, 2014**.

We **GRANT** the September 30, 2014 motion of appellant Len-Mac Development Corp. for an extension of time to file a reply brief and extend the time to **October 21, 2014**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE